Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21−15615−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan C Massaro
   306 Talon Court
   Lawrence Township, NJ 08648
Social Security No.:
   xxx−xx−7418
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 14, 2021.

Dated: September 15, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15615-MBK |
| Susan C Massaro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 15, 2021 | Form ID: plncf13 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan C Massaro, 306 Talon Court, Lawrence Township, NJ 08648-2534 |
| cr | + | Eagles Chase at Lawrence Condominium Association,, McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519258812 | + | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 519281594 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519258813 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 519258819 | + | Choice Periodicals, 925B Peachtree Street NE, #715, Re: # 278489, Atlanta, GA 30309-3918 |
| 519258824 | + | Eagles Chase Condo Assoc, c/o Executive Property Mngmt, PO Box 64148, Phoenix, AZ 85082-4148 |
| 519280088 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519258828 | + | Lexus/Toyota, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 519258829 | + | Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Re: TD/Target; DC 2320-21, Mount Laurel, NJ 08054-1725 |
| 519258833 | + | Nissan-Infiniti, PO Box 660360, Dallas, TX 75266-0360 |
| 519306975 | + | Oceanside Mortgage Company, P.O. Box 100077, Duluth, GA 30096-9377 |
| 519258834 | + | Oceanside Servicing, 55 Main Street, Toms River, NJ 08753-7435 |
| 519258837 | + | Radius Global Solutions, Re: Macys, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519258838 | + | Raymour & Flanagan, PO Box 130, Liverpool, NY 13088-0130 |
| 519258839 | + | Raymour & Flanagan, PO Box 220, 7248 Morgan Road, Liverpool, NY 13090-4535 |
| 519267227 | + | Raymour Flanagin, Simons Agency, POB 5026, Syracuse, NY 13220-5026 |
| 519258843 | + | SRA Associates, Re: PNC, 112 W. Park Drive, Suite 200, Mount Laurel, NJ 08054-1261 |
| 519258840 | + | Selip & Stylianou, 10 Forest Avenue, PO Box 914, Re: Syncb; DC 3912-20, Paramus, NJ 07653-0914 |
| 519258844 | + | Superlative RM, PO Box 967, Re: Crown Asset Mngmt; Comenity; BJs, Elk Grove, CA 95759-0967 |
| 519258847 | + | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 519258846 | + | Target National Bank, PO Box 59317, Minneapolis, MN 55459-0317 |
| 519288540 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519258848 | + | Wells Fargo, PO Box 29704, Phoenix, AZ 85038-9704 |
| 519262814 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519258810 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 15 2021 20:28:00 | Alliance One, Re: TD Bank, 1160 Centre Pointe Drive, Suite 1, Mendota Heights, MN 55120-1377 |
| 519258811 | + | Email/Text: bnc@alltran.com | Sep 15 2021 20:28:00 | Alltran Financial, PO Box 722929, Re: AMEX, Houston, TX 77272-2929 |
| 519258817 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 15 2021 20:37:00 | Capital One Services, 15000 Capital One Drive, |

District/off: 0312-3           User: admin                       Page 2 of 3

Date Rcvd: Sep 15, 2021           Form ID: plncf13                 Total Noticed: 59

| Recipient | | Date/Time | Address |
|---|---|---|---|
| | | | Richmond, VA 23238 |
| 519258814 | + Email/Text: cms-bk@cms-collect.com | Sep 15 2021 20:28:00 | Capital Mngmt Services, 698 1/2 South Ogden Street, Re: Discover, Buffalo, NY 14206-2317 |
| 519258815 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 15 2021 20:37:06 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 519258816 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 15 2021 20:37:06 | Capital One (Lord & Taylor), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519267408 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 15 2021 20:37:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519258820 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 20:37:09 | Citibank (Costco), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519258821 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2021 20:28:00 | Comenity Capital (BJ's), PO Box 182120, Columbus, OH 43218-2120 |
| 519258822 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2021 20:28:00 | Comenity Capital (Lane Bryant), PO Box 182120, Columbus, OH 43218-2120 |
| 519258830 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 20:36:56 | Macys/AMEX, PO Box 9001108, Louisville, KY 40290 |
| 519280309 | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2021 20:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519258823 | + Email/Text: mrdiscen@discover.com | Sep 15 2021 20:28:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519263426 | Email/Text: mrdiscen@discover.com | Sep 15 2021 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519258825 | + Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 20:37:07 | GEMB/Paypal Buyer Credit, PO Box 981064, El Paso, TX 79998-1064 |
| 519258826 | + Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 20:37:07 | GEMB/QVC, PO Box 981402, El Paso, TX 79998-1402 |
| 519258827 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2021 20:28:00 | IRS Insolvency Function, PO Box 724, Springfield, NJ 07081 |
| 519258818 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 15 2021 20:37:06 | Chase Bank USA, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 519305096 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2021 20:36:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519277030 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2021 20:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519258831 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2021 20:28:00 | Midland Credit Mngmt., 350 Camino De La Reina, Suite 100, Re: Citibank; Syncb, San Diego, CA 92108-3007 |
| 519258835 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2021 20:36:53 | One Main Financial, PO Box 70912, Charlotte, NC 28272-0912 |
| 519261344 | + Email/PDF: cbp@onemainfinancial.com | Sep 15 2021 20:36:55 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519258836 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2021 20:28:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519306423 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2021 20:28:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519270661 | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2021 20:28:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519258841 | + Email/Text: clientservices@simonsagency.com | Sep 15 2021 20:28:00 | Simons Agency, 4963 Wintersweet Drive, Re: |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: plncf13 | Total Noticed: 59 |

Raymour & Flanagan, Liverpool, NY 13088-2176

| 519258842 | + Email/Text: newyork.bnc@ssa.gov | | |
|---|---|---|---|
| | | Sep 15 2021 20:28:00 | Social Security Administration, 6401 Security Boulevard, Room 617, Altmeyer Building, Attn: Bankruptcy Section, Baltimore, MD 21235-0001 |
| 519258845 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 15 2021 20:36:54 | Syncb/Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 519303883 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 15 2021 20:37:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519260807 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 15 2021 20:37:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519299405 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Sep 15 2021 20:37:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519258832 | ##+ | Nationwide Credit, Re: QVC, PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Oceanside Mortgage Company bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Susan C Massaro njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Eagles Chase at Lawrence Condominium Association  Inc. collections@theassociationlawyers.com |

TOTAL: 5