| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 21-15615 / MBK

Susan C Massaro

Petition Filed Date: 07/09/2021
341 Hearing Date: 08/05/2021
Confirmation Date: 09/08/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2022 | $270.00 | 82086330 | 02/09/2022 | $270.00 | 82613870 | 03/07/2022 | $300.00 | 83233250 |
| 04/07/2022 | $270.00 | 83901250 | 05/03/2022 | $300.00 | 84450090 | 06/10/2022 | $270.00 | 85167800 |
| 07/12/2022 | $270.00 | 85840780 | 08/16/2022 | $270.00 | 86500700 | 09/09/2022 | $270.00 | 87002440 |
| 10/04/2022 | $300.00 | 87469240 | 11/09/2022 | $270.00 | 88170090 | 12/08/2022 | $270.00 | 88724740 |
| 01/13/2023 | $270.00 | 89380630 | 02/10/2023 | $270.00 | 89918990 | 03/09/2023 | $270.00 | 90465430 |

**Total Receipts for the Period:  $4,140.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,490.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Susan C Massaro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,113.00 | $2,113.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $12,428.04 | $0.00 | $12,428.04 |
| 2 | WELLS FARGO BANK, NA | Unsecured Creditors | $1,219.92 | $0.00 | $1,219.92 |
| 3 | DISCOVER BANK | Unsecured Creditors | $745.53 | $0.00 | $745.53 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2018-2020 | Priority Crediors | $12,137.87 | $2,432.90 | $9,704.97 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2017 | Unsecured Creditors | $29,350.49 | $0.00 | $29,350.49 |
| 6 | RAYMOUR & FLANIGAN | Unsecured Creditors | $1,156.00 | $0.00 | $1,156.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $13,492.99 | $0.00 | $13,492.99 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,357.16 | $0.00 | $8,357.16 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  COMENITY/BJ'S | Unsecured Creditors | $7,211.57 | $0.00 | $7,211.57 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY/QCARD | Unsecured Creditors | $923.55 | $0.00 | $923.55 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CITIBANK/COSTCO | Unsecured Creditors | $6,442.73 | $0.00 | $6,442.73 |
| 12 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,603.42 | $0.00 | $2,603.42 |
| 13 | DEPARTMENT STORES NATIONAL BANK/MACYS<br>»»  MACY'S AMEX | Unsecured Creditors | $1,595.85 | $0.00 | $1,595.85 |
| 14 | AMERICAN EXPRESS | Unsecured Creditors | $924.65 | $0.00 | $924.65 |

**Chapter 13 Case No. 21-15615 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | TOYOTA LEASE TRUST<br>»» 2020 LEXUS RX350/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $103.95 | $0.00 | $103.95 |
| 17 | Verizon by American InfoSource as Agent | Unsecured Creditors | $210.65 | $0.00 | $210.65 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL/SYNCHRONY | Unsecured Creditors | $4,484.04 | $0.00 | $4,484.04 |
| 19 | LVNV FUNDING LLC<br>»» QVC | Unsecured Creditors | $158.36 | $0.00 | $158.36 |
| 20 | PNC Bank, N.A. | Unsecured Creditors | $6,606.84 | $0.00 | $6,606.84 |
| 21 | PNC Bank, N.A. | Unsecured Creditors | $25,056.18 | $0.00 | $25,056.18 |
| 22 | LAKEVIEW LOAN SERVICING LLC<br>»» P/306 TALON CT/1ST MRTG/OCEANSIDE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 23 | SOCIAL SECURITY ADMINISTRATION<br>»» OVERPAYMENT OF DISABILITY BENEFITS | Unsecured Creditors | $9,362.00 | $0.00 | $9,362.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,490.00 | Plan Balance: | $10,710.00 ** |
| Paid to Claims: | $4,545.90 | Current Monthly Payment: | $270.00 |
| Paid to Trustee: | $442.98 | Arrearages: | ($90.00) |
| Funds on Hand: | $501.12 | Total Plan Base: | $16,200.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.