UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Susan C. Massaro,

Debtor.

Case No.:     21-15615-MBK

Chapter:          13

Hearing Date:     10/09/2024

Judge:         Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled           ☐ Withdrawn

Matter: Motion for Relief from Stay re: 306 Talon Court (Docket # 38)

_____

Date: 10/07/2024                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*