Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 21-15615 / MBK**

Susan C Massaro

Petition Filed Date: 07/09/2021
341 Hearing Date: 08/05/2021
Confirmation Date: 09/08/2021

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $1,412.00 | | 01/23/2025 | $1,412.00 | | 02/10/2025 | $1,412.00 | |
| 02/25/2025 | $1,412.00 | | 03/10/2025 | $1,412.00 | | 03/24/2025 | $1,412.00 | |
| 04/08/2025 | $1,412.00 | | 04/23/2025 | $1,412.00 | | 05/08/2025 | $1,412.00 | |
| 05/22/2025 | $1,412.00 | | 06/09/2025 | $1,412.00 | | 06/24/2025 | $1,412.00 | |
| 07/09/2025 | $1,412.00 | | 07/22/2025 | $1,412.00 | | 08/08/2025 | $1,412.00 | |
| 08/22/2025 | $1,412.00 | | 09/10/2025 | $1,412.00 | | 09/22/2025 | $1,412.00 | |
| 10/08/2025 | $1,412.00 | | 10/29/2025 | $1,471.00 | | 11/10/2025 | $1,412.00 | |
| 11/24/2025 | $1,412.00 | | 12/08/2025 | $1,412.00 | | 12/22/2025 | $1,412.00 | |
| 01/09/2026 | $1,412.00 | | 01/23/2026 | $1,412.00 | | 02/09/2026 | $1,412.00 | |

**Total Receipts for the Period: $38,183.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $54,286.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | **CLAIMS AND DISTRIBUTIONS** | | | |
| 0 | Susan C Massaro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,113.00 | $2,113.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $12,428.04 | $0.00 | $12,428.04 |
| 2 | WELLS FARGO BANK, NA | Unsecured Creditors | $1,219.92 | $0.00 | $1,219.92 |
| 3 | DISCOVER BANK | Unsecured Creditors | $745.53 | $0.00 | $745.53 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2018-2020 | Priority Crediors | $12,137.87 | $7,055.39 | $5,082.48 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2017 | Unsecured Creditors | $29,350.49 | $0.00 | $29,350.49 |
| 6 | RAYMOUR & FLANIGAN | Unsecured Creditors | $1,156.00 | $0.00 | $1,156.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $13,492.99 | $0.00 | $13,492.99 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,357.16 | $0.00 | $8,357.16 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/BJ'S | Unsecured Creditors | $7,211.57 | $0.00 | $7,211.57 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY/QCARD | Unsecured Creditors | $923.55 | $0.00 | $923.55 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $6,442.73 | $0.00 | $6,442.73 |

**Chapter 13 Case No. 21-15615 / MBK**

| 12 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,603.42 | $0.00 | $2,603.42 |
|---|---|---|---|---|---|
| 13 | DEPARTMENT STORES NATIONAL BANK/MACYS »» MACY'S AMEX | Unsecured Creditors | $1,595.85 | $0.00 | $1,595.85 |
| 14 | AMERICAN EXPRESS | Unsecured Creditors | $924.65 | $0.00 | $924.65 |
| 15 | TOYOTA LEASE TRUST »» 2020 LEXUS RX350/LEASE/SV 10/11/23 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $103.95 | $0.00 | $103.95 |
| 17 | Verizon by American InfoSource as Agent | Unsecured Creditors | $210.65 | $0.00 | $210.65 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» PAYPAL/SYNCHRONY | Unsecured Creditors | $4,484.04 | $0.00 | $4,484.04 |
| 19 | LVNV FUNDING LLC »» QVC | Unsecured Creditors | $158.36 | $0.00 | $158.36 |
| 20 | PNC Bank, N.A. | Unsecured Creditors | $6,606.84 | $0.00 | $6,606.84 |
| 21 | PNC Bank, N.A. | Unsecured Creditors | $25,056.18 | $0.00 | $25,056.18 |
| 22 | LAKEVIEW LOAN SERVICING »» 306 TALON CT/1ST MRTG/OCEANSIDE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 23 | SOCIAL SECURITY ADMINISTRATION »» OVERPAYMENT OF DISABILITY BENEFITS | Unsecured Creditors | $9,362.00 | $0.00 | $9,362.00 |
| 0 | John Zimnis, Esq. »» ORDER 10/17/24 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 24 | LAKEVIEW LOAN SERVICING »» 306 TALON CT/REG. MTG. PMTS./ORDER 10/22/24 | Ongoing Mortgage | $0.00 | $21,375.48 | $1,523.94 |
| 25 | LAKEVIEW LOAN SERVICING »» 306 TALON CT/POST-PET ARREARS ORDER 10/22/24 | Mortgage Arrears | $16,695.75 | $11,470.11 | $5,225.64 |
| 26 | LAKEVIEW LOAN SERVICING »» 306 TALON CT/ATTY FEES ORDER 10/22/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 27 | LAKEVIEW LOAN SERVICING »» 306 TALON CT/GAP PAYMENTS ORDER 10/22/24 | Mortgage Arrears | $3,047.30 | $3,047.30 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,286.00 | Plan Balance: | $15,479.00 ** |
| Paid to Claims: | $46,010.28 | Current Monthly Payment: | $2,825.00 |
| Paid to Trustee: | $4,353.19 | Arrearages: | $1,354.00 |
| Funds on Hand: | $3,922.53 | Total Plan Base: | $69,765.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**