# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

| | | |
|---|---|---|
| Erik D. Collazo, Esq.<br>David A. Martin, Esq.<br>Mary A. Krieger, Esq.<br>Counsel | **ALBERT RUSSO**<br>Standing Chapter 13 Trustee<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ  08650-4853<br>*Voice: 609-587-6888 • Fax: 609-587-9676*<br>**www.RussoTrustee.com** | Payments Only:<br>PO Box 933<br>Memphis, TN  38101-0933 |

## NOTICE OF TERMINATION OF
## TRUSTEE CONDUIT MORTGAGE PAYMENTS

July 6, 2026

Susan C Massaro
306 Talon Court
Lawrence Township, NJ  08648

Re:    Susan C Massaro
       Chapter 13 Case No. 21-15615 / MBK

Dear Debtor(s):

As you may know, the Trustee has been paying conduit mortgage payments through and including July, 2026.  The term for which the Trustee was to pay conduit mortgage payments has expired. This letter is to advise that beginning August 1, 2026  you are responsible for paying your mortgage payment directly to lender.  Based upon information presently available to us, the current mortgage payment amount is $1,530.28.   Please verify this amount with your mortgage lender/servicer.

If your Chapter 13 case is in arrears, you are still responsible for the balance due to complete the plan. Failure to do so may result in a Trustee's Motion to Dismiss. Please consult with your bankruptcy attorney with any questions regarding completing your plan payments.

Very truly yours,

Albert Russo
Standing Chapter 13 Trustee / AT

cc:    John Zimnis, Esq.
       Lakeview Loan Servicing