Certificate Number: 15111-NJ-DE-041288621

Bankruptcy Case Number: 21-15615



15111-NJ-DE-041288621

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2026</u>, at <u>9:45</u> o'clock <u>PM EDT</u>, <u>Susan C Massaro</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 4, 2026</u>          By:     <u>/s/Hasan Bilal for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>