Form ntcfncurv − ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−15615−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Susan C Massaro
306 Talon Court
Lawrence Township, NJ 08648

Social Security No.:
xxx−xx−7418

Employer's Tax I.D. No.:

**NOTICE OF RESPONSE TO TRUSTEE'S**
**NOTICE OF DISBURSEMENTS MADE**

TO: Susan C Massaro
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: August 31, 2026
JAN: mrg

Jeanne Naughton, Clerk