**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
Fax: (609) 587-9676

**Order Filed on September 9, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**SUSAN C. MASSARO**
Debtor(s)

Case No.: 21-15615 MBK

Chapter 13

Hearing: 9/9/26 @ 9:00 a.m.

Judge Michael B. Kaplan

**ORDER ON MOTION DEEMING TRUSTEE'S**

**CONDUIT MORTGAGE PAYMENTS CURRENT**

**TO LAKEVIEW LOAN SERVICING**

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: September 9, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Trustee's Motion to Deem Conduit Mortgage Payments current Lakeview Loan Servicing; and for good cause shown, it is hereby:

**ORDERED** that the debtor(s) pre-petition and post-petition claims in the Trustee's Certification in Support of Motion are hereby deemed satisfied in full. There are no unpaid professional fees or expenses related to the pre-petition and post-petition mortgage arrears and/or Proof of Claim or bankruptcy order filed by Lakeview Loan Servicing.

**IT IS FURTHER ORDERED** that the debtor(s) ongoing mortgage obligation through the Trustee is current as of July, 2026 and the debtor(s) were to resume direct ongoing mortgage payments to lender as of August 1, 2026.