**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
Fax: (609) 587-9676

In Re:

**SUSAN C. MASSARO**
Debtor(s)

**Order Filed on September 9, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 21-15615 MBK

Chapter 13

Hearing: 9/9/26 @ 9:00 a.m.

Judge Michael B. Kaplan

**ORDER ON MOTION DEEMING TRUSTEE'S**

**CONDUIT MORTGAGE PAYMENTS CURRENT**

**TO LAKEVIEW LOAN SERVICING**

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: September 9, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Trustee's Motion to Deem Conduit Mortgage Payments current Lakeview Loan Servicing; and for good cause shown, it is hereby:

**ORDERED** that the debtor(s) pre-petition and post-petition claims in the Trustee's Certification in Support of Motion are hereby deemed satisfied in full. There are no unpaid professional fees or expenses related to the pre-petition and post-petition mortgage arrears and/or Proof of Claim or bankruptcy order filed by Lakeview Loan Servicing.

**IT IS FURTHER ORDERED** that the debtor(s) ongoing mortgage obligation through the Trustee is current as of July, 2026 and the debtor(s) were to resume direct ongoing mortgage payments to lender as of August 1, 2026.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15615-MBK |
| Susan C Massaro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Susan C Massaro, 306 Talon Court, Lawrence Township, NJ 08648-2534 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| John Zimnis | on behalf of Debtor Susan C Massaro njbankruptcylaw@aol.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Oceanside Mortgage Company bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |

Richard Abel
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
on behalf of Creditor Eagles Chase at Lawrence Condominium Association Inc. collections@theassociationlawyers.com

TOTAL: 9